**Order entered December 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01548-CV

### PURE GEN HOLDINGS, INC., Appellant

### V.

### NEORA, LLC, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-10205

## ORDER

This is an accelerated appeal. The notice of appeal was filed December 11, 2019, making the appellate record due by December 21, 2019. *See* TEX. R. APP. P. 35.1(b).

Before the Court is court reporter Gina M. Udall's December 20, 2019 request for an additional 45 days in which to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record due by **January 6, 2020**. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 10 days in an accelerated appeal).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE